FILED: April 19, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2243

_____

MELISSA B. KNIBBS, as Personal Representative of the Estate of Michael Scott Knibbs,

       Plaintiff – Appellant,

v.

ANTHONY MOMPHARD, JR., Individually and in his official capacity as a Deputy Sheriff of the Macon County Sheriff's Department; ROBERT HOLLAND, in his Official capacity as the Sheriff of Macon County; WESTERN SURETY COMPANY, a South Dakota Corporation; THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire Corporation,

       Defendants – Appellees.

_____

O R D E R

_____

The Court amends its opinion filed on March 30, 2022, as follows:

On page 32, thirteen lines down, the period after "*denied*" is deleted, and a period is added after "*cert*."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk